(No. 3025

Elva Jennings Penwell, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed October 22, 1958.*

John W. Preihs, Attorney for Claimant.

Latham Castle, Attorney General; C. Arthur Nebel, Assistant Attorney General, for Respondent.

Tolson, C. J.

On September 10, 1958, claimant, Elva Jennings Penwell, filed a supplemental petition for reimbursement for monies expended by her for medical services and expenses from October 1, 1957 to July 1, 1958.

On September 19, 1958, claimant and respondent filed a joint motion for leave to waive the filing of briefs and arguments, and alleged that claimant's receipts for payment of medical bills and services constituted the entire evidence in the case.

Claimant was injured in an accident while employed at the Illinois Soldiers' and Sailors' Children's School at Normal, Illinois. The accident occurred on February 2, 1936, and the original award is reported in 11 C.C.R. 365. This Court retained jurisdiction of the case, and successive awards have been made from time to time.

The petition before the Court at this time again discloses that claimant is permanently disabled, and is entitled to an additional award.

Original receipts, received in evidence, establish the following claim:

| | | | |
|---|---|---|---|
| Item A: | Nursing | | $1,031.14 |
| | Room and board for nurses | | 477.75 |
| Item B: | Drugs and supplies | | 280.11 |
| Item C: | Physician | | 960.00 |
| Item D: | Transportation | | 107.50 |
| Item E: | Hospital | | 408.28 |
| | | | |
| | Total | | $3,264.78 |

An award is, therefore, made to claimant for monies expended from October 1, 1957 to July 1, 1958 in the amount of $3,264.78.

The Court reserves jurisdiction for further determination of claimant's need for additional medical care.